IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODGERS LOUIS NUNLEY, N20546, <br><br>  Plaintiff, <br><br> vs. <br><br> DEE DEE BROOKHART, <br> L. CUNNINGHAM, <br> KRISTINA BROWN, <br> BROWN (PROGRAM WARDEN), <br><br>  Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:24-CV-2627-RJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that by Order dated June 9, 2025, (Doc. 22), this action was **DISMISSED with prejudice** in its entirety.

**DATED: June 9, 2025**

                                                                                      **MONICA A. STUMP,**
                                                                                      **Clerk of Court**

                                                                                      BY: _s/Jo Ann Juengel___
                                                                                                   **Deputy Clerk**

APPROVED:  **/s/ Reona J. Daly**
                    **Reona J. Daly**
                    **United States Magistrate Judge**